THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL ROSSI, Appellant.

*Appeal — motion to dismiss denied.*

(Submitted April 17, 1922; decided April 19, 1922.)

MOTION to dismiss an appeal from a judgment of the Supreme Court, rendered April 8, 1920, at a Trial Term for the county of Westchester upon a verdict convicting the defendant of the crime of murder in the first degree.

The motion was made upon the ground of failure to prosecute the appeal.

*Frederick E. Weeks, District Attorney,* for motion.

*James Dempsey* opposed.

Motion denied.